# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**In the Matter of the Search of**

Grey Samsung Telus labeled as:
    Model: SCH-U410T
    MSN: 0F6E33C2
    IMEI: 01507222210
Phone number: 778-886-3507

**SEARCH WARRANT**

**CASE NUMBER:** '08 MJ 1903

TO: <u>Any Special Agent of the Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>FBI Special Agent Brett Kalina</u>, who has reason to believe that ☐ on the person or ☒ on the premises known as:

**See attachment A**

in the Southern District of California, there is now concealed a certain person or property, namely

**See attachment B**

which are the fruits, instrumentalities and evidence concerning a violation of Title____21____ United States Code, Sections 841(a)(1) and 846.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before (not to exceed 10 days) _6-30-08_
                                                                   Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m. to 10:00 p.m.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

_6-20-08_
Date/Time issued

at    <u>San Diego, California</u>

<u>Hon. Nita L. Stormes, U.S. Magistrate Judge</u>
Name and Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH *OWNER UNAVAILABLE* |
|---|---|---|
| *06/20/2008* | *06/23/2008* | |

INVENTORY MADE IN THE PRESENCE OF: *AMANDA J. CULVER*

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) Confirmation of phone number;
2) Contact list (11);
3) Ten text messages;
4) Outgoing text messages;
5) Recent calls.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____                    6-30-08
U.S Judge or Magistrate                                         Date

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is described below:

    Grey Samsung Telus labeled as:
        Model: SCH-U410T
        MSN: 0F6E33C2
        IMEI: 01507222210
    Phone number: 778-886-3507

The telephone is currently being held by the Federal Bureau of Investigation in San Diego, CA.

## ATTACHMENT B

## ITEMS TO BE SEIZED

a.    Electronic telephone books containing names and telephone numbers;

b.    Electronic history of outgoing, incoming and missed calls, including telephone numbers and time, duration, and date of calls;

c.    Digital appointment books;

d.    Stored messages (both audio and text) to include inbox, outbox, new messages, and saved messages;

e.    Stored pictures and animations;

f.    Voice memos;

g.    Schedules;

h.    Notes;

g.    Email addresses;

h.    Settings of the cellular telephone including but not limited to the telephone number and subscriber history.